UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20108-MARTINEZ/SANCHEZ

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853(a)

UNITED STATES OF AMERICA

v.

ROSCOW STRACHAN and
AKIL THURSTON,

    Defendants.
_____/

FILED BY __BM__ D.C.

Mar 11, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Distribute Cocaine
### (21 U.S.C. § 846)

Beginning at least as early as in or around November 2024, and continuing through on or about February 27, 2025, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**ROSCOW STRACHAN and
AKIL THURSTON,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably

foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

## COUNT 2
### Distribution of Cocaine
### (21 U.S.C. § 841(a)(1))

On or about February 27, 2025, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**ROSCOW STRACHAN and
AKIL THURSTON,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3
### Possession with intent to Distribution Cocaine
### (21 U.S.C. § 841(a)(1))

On or about February 27, 2025, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**ROSCOW STRACHAN and
AKIL THURSTON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **ROSCOW STRACHAN** and **AKIL THURSTON,** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 846 and/or 841, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____, SLC (Edward N. Stamm)
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
JEREMY C. FUGATE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-20108-MARTINEZ/SANCHEZ

v.

ROSCOW STRACHAN and
AKIL THURSTON,
_____/
Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____.

**Court Division** (select one)
☑ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☑ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge_____ Case No._____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge_____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) _____
   If yes, Judge Ellen F. D'Angelo   Case No. 1:25-mj-02390
9. Defendant(s) in federal custody as of 2/4/2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Jeremy C. Fugate
Assistant United States Attorney
SDFL Court ID No. A5503295

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Roscow Strachan

**Case No:** _____

Count #: 1

Conspiracy to Distribute Controlled Substances

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years'
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $10,000,000

Count #: 2

Distribution of Cocaine

Title 21, United States Code, Sections 841(a)(1)

* **Max. Term of Imprisonment:** 40
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years'
* **Max. Supervised Release:** 4 years to life
* **Max. Fine:** $5,000,000

Count #: 3

Possession with intent to Distribute Cocaine

Title 21, United States Code, Sections 841(a)(1)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years'
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $10,000,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Akil Thurston

**Case No:** _____

Count #: 1

Conspiracy to Distribute Controlled Substances

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years'
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $10,000,000

Count #: 2

Distribution of Cocaine

Title 21, United States Code, Sections 841(a)(1)

* **Max. Term of Imprisonment:** 40
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years'
* **Max. Supervised Release:** 4 years to life
* **Max. Fine:** $5,000,000

Count #: 3

Possession with intent to Distribute Cocaine

Title 21, United States Code, Sections 841(a)(1)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years'
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $10,000,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.