# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor        Date: 3/20/25        Time: 10:00 a.m.

Defendant: Akil Thurston        J#: 14058-506    Case #: 25-20108-CR-MARTINEZ/SANCHEZ
AUSA: Jeremy Fugate            Attorney:
Violation: CONSP/PWID COCAINE
Proceeding: REPORT RE: CNSL/ARRAINGMENT        CJA Appt: David Donet, Esq.
Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond:
Bond Set at: $100,000 10% w/Nebbia; $250,000 PSB        Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs        Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
  Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____
☐ Other: _____

Disposition:
Brady Order NOT given; Scott B. Saul, Esq. appeared as temp cnsl

*Defense counsel ore tenus motion to withdraw; granted*

*Defendant sworn; CJA counsel appointed*

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
**Arraignment:**        3/26/25        1:00 p.m.        Duty/Miami
Status Conference RE:
D.A.R. 10:29:10/10:42:09                Time in Court: 12mins