# COURT MINUTES

Page 4

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 3/26/2025    Time: 1:00 p.m.

Defendant: Akil Thurston    J#: BOND    Case #: 25-CR-20108-MARTINEZ
AUSA: Jeremy Fugate    Attorney: David Kublion Donet -CJA
Violation: CONSP TO DISTRIBUTE CONTROLLED SUBSTANCES; DISTRIBUTION OF COCAINE
Proceeding: Arraignment    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at: $100K 10% w/Nebbia; $250K PSB    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Brady Order NOT given*

- Deft Arraigned
- Reading of Indictment Waived
- Not Guilty plea entered
- Jury trial demanded
- Standing Discovery Order requested

- Brady Order given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:21:31    Time in Court: