UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20108-JEM

UNITED STATES OF AMERICA,

    Plaintiff,
v.

AKIL THURSTON,

    Defendant.
_____

**DEFENDANT AKIL THURSTON'S UNOPPOSED MOTION
TO CONTINUE TRIAL AND RELATED DEADLINES**

Defendant AKIL THURSTON, (Mr. Thurston), by and through his undersigned attorney, pursuant to F. R. Crim. P. 12, files his Unopposed Motion to Continued Trial and Related Deadlines, and in support thereof, states as follows:

1.    This case is set for Trial during the two-week period commencing on May 5, 2025. (See ORDER SETTING CRIMINAL TRIAL DATE AND PRETRIAL SCHEDULE [DE 24]).

2.    Two days ago, Defendant received discovery in this case, consisting of a one terabyte hard drive containing many documents and surveillance and other videos.

3.    Consequently, undersigned counsel needs additional time, not only to

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

review that discovery, but also to review it with his client, who remains in pretrial detention.

4. Therefore, Defendant needs and respectfully requests a 45-day continuance of the Trial of this case in order to properly prepare an adequate defense.

5. Undersigned counsel respectfully requests as well that this Honorable Court find that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7).

6. A factor to be considered in determining whether to grant a continuance is whether the failure to grant such a continuance would either be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i) and (ii).

7. Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

### CERTIFICATE OF GOOD FAITH CONFERRAL

8. The undersigned conferred with Assistant United States Attorney Jeremy Fugate and Assistant Federal Defender Ashley Kay, who indicated that they do not oppose the continuance sought herein.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## WAIVER OF SPEEDY TRIAL

9.   Defendant, AKIL THURSTON, by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from April 12, 2025, through and including the next scheduled trial date.

**WHEREFORE**, the Defendant, AKIL THURSTON, respectfully requests that this Honorable Court enter its Order continuing the trial of this cause for a period of forty-five days and reset all related deadlines, for the foregoing reasons.

**DATED:** April 12, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant

[Certificate of Service on next page]

Page **3** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 12, 2025, undersigned counsel electronically filed the foregoing Defendant's Unopposed Motion to Continue Trial and Related Deadlines with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com