UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20108-JEM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

AKIL THURSTON,

     Defendant.

_____

**ORDER GRANTING**
**DEFENDANT AKIL THURSTON'S UNOPPOSED MOTION**
**TO CONTINUE TRIAL AND RELATED DEADLINES**

**THIS CAUSE** came before the Court on the DE [   ] Unopposed Motion to Continue

Trial and Related Dates filed by Defendant AKIL THURSTON; and the Court having reviewed

said Motion and being otherwise duly advised in the premises, it is upon consideration,

     **ORDERED AND ADJUDGED** that the motion is **GRANTED**.

     The new trial date and pretrial instructions shall be set forth in a separate Order.

     **DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

_____
**HON. JOSE E. MARTINEZ**
United States District Judge

Copies to Counsel of Record.