UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20108-JEM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AKIL THURSTON,

    Defendant.

_____

**DEFENDANT AKIL THURSTON'S UNOPPOSED MOTION
TO CONTINUE TRIAL AND RELATED DEADLINES**

Defendant AKIL THURSTON, (Mr. Thurston), by and through his undersigned attorney, pursuant to F. R. Crim. P. 12, files his Unopposed Motion to Continued Trial and Related Deadlines, and in support thereof, states as follows:

1. Mr. Thurston is charged by Indictment [DE 18] with conspiracy to distribute cocaine in violation of 21 U.S.C. § 846, as well as distribution of cocaine and possession with intent to distribute cocaine, both in violation of 21 U.S.C. § 841(a)(1).

2. This case is set for Trial during the two-week period commencing on June 16, 2025. (See ORDER [DE 30]).

3. Counsel continues the lengthy process of reviewing the discovery in

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

this case, which consists of a one terabyte hard drive containing numerous documents and over twelve hours of surveillance videos and other videos.

4. Consequently, undersigned counsel needs additional time, not only to review that discovery, but also to thereafter review it with his client, who remains in pretrial detention.

5. In addition, at present, the undersigned is registered to attend an in-person seminar from June 16th through June 18th, in Portland, Oregon (Fundamentals of Federal Capital Defense, conducted by the Federal Death Penalty Resource Counsel) in connection with a capital case to which he was recently appointed before the Honorable Rodolfo A. Ruiz II (*United States v. Navarro-Escobar*, Case No. 25-cr-20102-RAR).

6. Following that, the undersigned is also registered to attend the annual CJA Conference out of the District from July 10th, though July 12th.

7. Therefore, Defendant needs and respectfully requests a 45-day continuance of the Trial of this case in order to properly prepare an adequate defense.

8. Undersigned counsel respectfully requests as well that this Honorable Court find that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

§ 3161(h)(7).

9. A factor to be considered in determining whether to grant a continuance is whether the failure to grant such a continuance would either be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i) and (ii).

10. Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

## CERTIFICATE OF GOOD FAITH CONFERRAL

11. The undersigned conferred with Assistant United States Attorney Jeremy Fugate and Assistant Federal Defender Ashley Kay, who indicated that they do not oppose the continuance sought herein; indeed, Ms. Kay has already filed a Motion to Continue in behalf of her client [DE 31], also seeking a 45-day continuance of the trial.

## WAIVER OF SPEEDY TRIAL

12. Defendant, AKIL THURSTON, by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from May 29, 2025, through and including the next scheduled trial date.

**WHEREFORE**, the Defendant, AKIL THURSTON, respectfully requests

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

that this Honorable Court enter its Order continuing the trial of this cause for a period of forty-five days and reset all related deadlines, for the foregoing reasons.

**DATED:** May 29, 2025.

                Respectfully submitted,

                **Donet, McMillan & Trontz, P.A.**

                By:  /s/ David A. Donet, Jr.
                **David A. Donet, Jr., Esq.**
                Florida Bar No.: 128910
                Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 29, 2025, undersigned counsel electronically filed the foregoing Defendant's Unopposed Motion to Continue Trial and Related Deadlines with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

                **Donet, McMillan & Trontz, P.A.**

                By:  /s/ David A. Donet, Jr.
                **David A. Donet, Jr., Esq.**
                Florida Bar No.: 128910
                Attorney for Defendant
                100 Almeria Avenue, Suite 230
                Coral Gables, Florida 33134
                Telephone: 305-444-0030
                Email: donet@dmtlaw.com
                Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com