UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20108-JEM

UNITED STATES OF AMERICA,

    Plaintiff,
v.

AKIL THURSTON,

    Defendant.
_____

## DEFENDANT AKIL THURSTON'S
## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant AKIL THURSTON (Mr. Thurston), by and through his undersigned attorney, files his Unopposed Motion to Continued Sentencing Hearing, and in support thereof, states as follows:

1. On June 12, 2025, Mr. Thurston pled guilty to Count 1 of the Indictment [DE 18] in in this case, which charged him with Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 846. (See PAPERLESS Minutes [DE 36]).

2. Mr. Thurston's Sentencing Hearing is set for September 2, 2025, at 11:00 A.M. (See PAPERLESS NOTICE OF SENTENCING HEARING [DE 39]).

3. In preparation for sentencing, Mr. Thurston has complied with the

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

government's requirements as to 18 U.S.C. § 3553(f); however, the parties need to complete additional investigation relating to Safety Valve, which the parties are unable to complete prior to the presently-scheduled sentencing date.

4. Thus, Mr. Thurston needs and respectfully requests additional time to assure compliance with the requirements of 18 U.S.C. § 3553(f), which is vital to sentencing and to ensure that he receives effective assistance of counsel as guaranteed by the Sixth Amendment to the U.S. Constitution.

5. Therefore, Mr. Thurston needs and respectfully requests a 30-day continuance of the Sentencing Hearing in this case in order for the parties to complete said investigation.

6. Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

## CERTIFICATE OF GOOD FAITH CONFERRAL

7. Undersigned counsel conferred with Assistant United States Attorney Jeremy Fugate, who indicated that the government does not oppose the continuance sought herein.

**WHEREFORE**, the Defendant, AKIL THURSTON, respectfully requests

[Continued on next page]

Page **2** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

that this Honorable Court enter its Order continuing the Sentencing Hearing in this cause for a period of thirty days, for the foregoing reasons.

**DATED:** August 26, 2025.

> Respectfully submitted,
>
> **Donet, McMillan & Trontz, P.A.**
>
> By: /s/ David A. Donet, Jr.
> **David A. Donet, Jr., Esq.**
> Florida Bar No.: 128910
> Attorney for Mr. Thurston

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2025, undersigned counsel electronically filed the foregoing Defendant Akil Thurston's Unopposed Motion to Continue Sentencing Hearing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record registered therein.

> **Donet, McMillan & Trontz, P.A.**
>
> By: /s/ David A. Donet, Jr.
> **David A. Donet, Jr., Esq.**
> Florida Bar No.: 128910
> Attorney for Mr. Thurston
> 100 Almeria Avenue, Suite 230
> Coral Gables, Florida 33134
> Telephone: 305-444-0030
> Email: donet@dmtlaw.com
> Email: paralegals@dmtlaw.com

Page **3** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com