UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20108-JEM

UNITED STATES OF AMERICA,

    Plaintiff,
v.

AKIL THURSTON,

    Defendant.
_____

**ORDER GRANTING DEFENDANT AKIL THURSTON'S
<u>UNOPPOSED MOTION TO CONTINUE SENETCING HEARING</u>**

**THIS CAUSE** came before the Court on the DE [  ] Unopposed Motion to Continue Sentencing Hearing filed by Defendant AKIL THURSTON; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The new date for the Sentencing Hearing shall be set forth in a separate Order.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

_____
**HON. JOSE E. MARTINEZ**
United States District Judge

Copies to Counsel of Record.