UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-CR-20108-MARTINEZ

UNITED STATES OF AMERICA

v.

AKIL THURSTON,

    *Defendant.*

_____/

### ORDER GRANTING DEFENDANT AKIL THURSTON'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

**THIS CAUSE** came before the Court on *Defendant Akil Thurston's Unopposed Motion to Continue Sentencing Hearing* **[ECF No. 50]**, and the Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that at the request of the parties, *Defendant Akil Thurston's Unopposed Motion to Continue Sentencing Hearing* **[ECF No. 50]** is **GRANTED**. Sentencing in this case is now reset for **Wednesday, October 1, 2025, at 11:00 a.m.**, in front of the Honorable Jose E. Martinez, at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

Absent exigent circumstances, no further continuances shall be granted.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 27 day of August, 2025.

                                                                       JOSE E. MARTINEZ
                                                                       UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       U.S. Probation Office