UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20108-JEM

UNITED STATES OF AMERICA,

    Plaintiff,
v.

AKIL THURSTON,

    Defendant.
_____

## DEFENDANT AKIL THURSTON'S
## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant AKIL THURSTON (Mr. Thurston), by and through his undersigned attorney, files his Unopposed Motion to Continued Sentencing Hearing, and in support thereof, states as follows:

1. On June 12, 2025, Mr. Thurston pled guilty to Count 1 of the Indictment [DE 18] in in this case, which charged him with Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 846. (See PAPERLESS Minutes [DE 36]).

2. Mr. Thurston's Sentencing Hearing is set for October 1, 2025, at 11:00 A.M. (See [DE 51] ORDER granting [50] Defendant Akil Thurston's Unopposed Motion to Continue Sentencing Hearing).

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

3. In preparation for sentencing, Mr. Thurston has complied with the government's requirements as to 18 U.S.C. § 3553(f); however, the parties need to finalize additional investigation relating to Safety Valve, which the parties are unable to complete prior to the presently-scheduled sentencing date, but the parties anticipate that it will be completed during the week of October 6, 2025.

4. Thus, Mr. Thurston needs and respectfully requests additional time to assure compliance with the requirements of 18 U.S.C. § 3553(f), which is vital to sentencing and to ensure that he receives effective assistance of counsel as guaranteed by the Sixth Amendment to the U.S. Constitution.

5. Therefore, Mr. Thurston needs and respectfully requests a short continuance of the Sentencing Hearing in this case of approximately 10 days in order for the parties to complete said investigation. Specifically Mr. Thruston respectfully requests a continuance to the week of October 20, 2025, as his undersigned counsel is Specially Set for Trial commencing October 14, 2025, before the Hon. Laura Anne Stuzin, Circuit Judge, in the case of ***State of Florida vs. Joseph E. Diaz***, Case No.: F22-0506, in the Circuit Court of the 11th Judicial Circuit of Florida.

6. Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## **CERTIFICATE OF GOOD FAITH CONFERRAL**

7.     Undersigned counsel conferred with Assistant United States Attorney Jeremy Fugate, who indicated that the government does not oppose the continuance sought herein.

**WHEREFORE**, the Defendant, AKIL THURSTON, respectfully requests that this Honorable Court enter its Order continuing the Sentencing Hearing in this cause for the short period set forth above, for the foregoing reasons.

**DATED:** September 25, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Mr. Thurston

[Certificate of Service on next page]

Page **3** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 25, 2025, undersigned counsel electronically filed the foregoing Defendant Akil Thurston's Unopposed Motion to Continue Sentencing Hearing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record registered therein.

        **Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Mr. Thurston
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com