UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20108-JEM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AKIL THURSTON,

    Defendant.

_____

### DEFENDANT AKIL THURSTON'S NOTICE OF FILING LETTERS TO THE COURT FOR CONSIDERATION AT SENTENCING

The Defendant, AKIL THURSTON, by and through his undersigned attorney, hereby files copies of letters addressed to the Court for consideration at sentencing. Said copies are attached hereto and incorporated herein as Composite Exhibit "A."

**DATED:** October 20, 2025.

    Respectfully submitted,

    **Donet, McMillan & Trontz, P.A.**

    By: /s/ David A. Donet, Jr.
        David A. Donet, Jr., Esq.
        Florida Bar No.: 128910
        Attorney for Defendant

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 20, 2025, the undersigned electronically filed the foregoing Defendant's Notice of Filing Letters to the Court for Consideration at Sentencing with the Clerk of the Court using CM/ECF, which will email copies thereof to all counsel of record registered therein.

        **Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, FL 33134
Telephone: (305) 444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone 305-444-0030 •
www.dmtlaw.com