UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20108-JEM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AKIL THURSTON,

    Defendant.

---

**COMPOSITE EXHIBIT "A"
TO
DEFENDANT AKIL THURSTON'S NOTICE OF FILING
<u>LETTERS TO THE COURT FOR CONSIDERATION AT SENTENCING</u>**

**Copies of Letters to the Court.**

## David A. Donet, Jr., Esq.

**From:** G Han <han.g73@outlook.com>
**Sent:** Monday, July 7, 2025 10:51 AM
**To:** Donet@dmtlaw.com
**Subject:** Letter to Judge - Mother of Akil Thurston

Dear Judge Martinez

As I write this letter, I'm filled with a mix of emotions - sadness, worry, and hope. My son's mistake has weighed heavily on him, and our family has been torn apart by what we know you must do and the prospective consequences that awaits Akil . But I want to assure you that Akil is more than his error and has the potential to positively produce in society, greater than his last error and violation  in it.

By no means I'm I reducing the severity of Akil's actions. I hope only to bring as much balance to your perception and knowledge of who Akil is beyond his behavior;  juxtaposed to his actions, of which he has accepted  total responsibility, and the punishment you must hand down . Please know, your honor, Akil is  a young man worthy of an opportunity to be all he can be, whilst maintaining a  productive snd law abiding stature in society.  He has support even more so in this regard .

My son is genuinely remorseful for his actions. He's taken full responsibility and is committed to making amends. He's willing to  undergo counseling and has shown significant growth and maturity. He's realized the gravity of his mistake and is determined to take advantage of changes in his life, no matter how hard,  to bring a renewal to his mind, skills and training for better choice behaviors and actions that follow.

The experience  of his  incarceration  is heartbreaking for me and our family. It has not only affect him but also his loved ones, who depend on him for emotional support and love. His absence has left a void in our space and minds where he occupies, and the thought of not being able to see him grow, laugh, and thrive is emotionally taxing . Nonetheless I understand this is necessary for a just and law abiding society.


I understand the severity of his actions; and only ask that his punishment doesn't replace his ability to be productive in society . And that the  opportunity for him to be housed at a  minimum security,  non-violent offender facility wherein he is able to acquire a technical trade and counseling  that would aid in his self sufficiency when released be granted .
I'm highly confident that Akil will take advantage of these request I make to you whilst he is incarcerated.

His attorney will vouch that Akil's has recognized the error in his manner of his thinking, that brought about his actions and involvement, and had graduated his thoughts and actions,  ready for next steps to make amends, and start anew. Ive gathered  that Akil has already confronted himself on how his actions negatively  affected society,  hurt his growth and how to recognize when to depart from thoughts suggestions and ideas and behaviors in and from society that doesn't aid the community nor himself.


Thank you for reading and understanding me / thank you for considering my thoughts.

Sincerely,
Melvern Hanna - mother of Akil Thurston

## David A. Donet, Jr., Esq.

| | |
|---|---|
| **From:** | G Han <han.g73@outlook.com> |
| **Sent:** | Friday, July 4, 2025 10:51 AM |
| **To:** | Donet@dmtlaw.com |
| **Subject:** | Letter to Judge - Father of Akil Thurston |

Earlin Thurston
Carmichael Road , Mckinney Drive
Nassau, New Providence
thurstonearlin50@gmail.com
(242)428-4098
June 27th , 2025

The Honorable Judge Martinez

Dear Judge Martinez,

As Akiel Thurston's father, I've watched him face challenges that have tested his character and resolve. I've seen him stumble, but I've also seen him find the strength to get back up. Through it all, Akiel's remained a loyal son, brother, and friend — a testament to the values we've instilled in him.

As he stands before you today, I want you to know that Akiel's truly sorry for his mistakes. He's taken ownership of his actions and is committed to learning from them. I believe in my son's potential for growth, redemption, and a brighter future.

I'm not asking for mercy without accountability; I'm asking you to consider Akiel's humanity. He's more than his mistakes he's a complex, multifaceted individual capable of love, kindness, and positive change.

When determining his sentence, I humbly ask that you weigh not only his past actions but also his future potential. Akiel deserves a chance to prove himself, to demonstrate his commitment to rehabilitation, and to rebuild his life.

Sincerely,

Earlin Thurston

1

# David A. Donet, Jr., Esq.

| | |
|---|---|
| **From:** | G Han <han.g73@outlook.com> |
| **Sent:** | Friday, July 4, 2025 10:50 AM |
| **To:** | Donet@dmtlaw.com |
| **Subject:** | Letter to Judge - Sister of Akil Thurston |

Dear Judge Martinez,

I'm writing with a heavy heart, asking for your mercy in considering a minimal sentence or, if possible, probation for my brother. His mistake has weighed heavily on him, and our family's life has been forever changed.

As his sibling, I've seen the remorse in his eyes. He's taken full responsibility for his actions and is truly sorry for the pain and harm caused. He's learned from this experience and is committed to rehabilitation and making amends.

But the hardest part is seeing the impact on his 23-month-old nephew, A'miaz . The little boy's smiles and giggles light up the room, but when he asks for his uncle and can't see him, his eyes well up with tears. He doesn't understand why his favorite person can't be there to play, or say "deuces" before hanging up the video call , or just to be.

My brother's absence has left a gaping hole in our family. Birthdays, holidays, and milestones are bittersweet reminders of what's missing. My brother's love for his nephew is pure, and being a part of his life means everything to him.

A minimal sentence or probation preferably would allow my brother to continue his rehabilitation, make amends, and be present for his family. It would give him a chance to rebuild his life, be a positive influence, and contribute to society also to show that he has indeed changed and turned his life around for better .

Thank you for considering my heartfelt plea. I appreciate your time and dedication to justice.

Sincerely,
Aldada Thurston

1

## David A. Donet, Jr., Esq.

**From:** G Han <han.g73@outlook.com>
**Sent:** Friday, August 8, 2025 10:26 PM
**To:** Donet@dmtlaw.com
**Subject:** Letter to Judge - Anthony Hanna, Maternal Uncle of Akil Thurston

Dear Judge Martinez,

My nephew Akil Thurston is a smart, outgoing, and brilliant young man with a bright future ahead of him. While he made a mistake, he's learned from it and is truly sorry. The time he's spent away has had a profound impact on him, and he's eager to prove himself and show that he's changed.

Akil is loved and missed every day. We're eager to welcome him home, reunite, and enjoy each other's company again. Please consider the time he's already spent reflecting on his actions and see past his mistake.

Akil graduated from barber school and started his own barbering business to better himself and give back to the community. it literally broke me when I heard the news I did not expect it but I can tell you it's going to be the last because just by the sound of his voice and the look on his face we saw in the court room he regret every moment of it He has a heart of gold. A second chance would allow him to prove his growth.

Sincerely,
Antoni Hanna
Uncle - Akil Thurston

## David A. Donet, Jr., Esq.

**From:** G Han <han.g73@outlook.com>
**Sent:** Sunday, July 13, 2025 6:54 PM
**To:** Donet@dmtlaw.com
**Subject:** Letter to Judge - Step-Father for Akil Thurston

Dear Judge Martinez,

My name Mr. Glendon Miller .

I am Akil Thurston's stepfather . It warms my heart deeply to know that Akil is not here . I miss him a lot. I miss his jokes and talks when he comes .
He is very easy going. Very mannerly I must say. We have ups and downs , but the main thing;  I ask of you sir to please have mercy on him . We know he is sorry for what had happened and Akil is remorseful for his mistakes .
He is committed to making amends. Am shore Akil has made most of this opportunity given to him . I know he will become a positive contributor to society. .

Mr. Glendon Miller.
Nassau Bahamas
(242) 823-4802

1

# David A. Donet, Jr., Esq.

**From:** G Han <han.g73@outlook.com>
**Sent:** Friday, July 11, 2025 11:01 AM
**To:** Donet@dmtlaw.com
**Subject:** Letter to judge - Brother of Akil Thurston

Dear Judge Martinez,

I'm writing to ask for your mercy in my brother's case. He's my role model, my friend, and my protector. His absence has been tough on me and our family.

My brother made a mistake, and he's truly sorry. He's taken responsibility and is working hard to change, by reading his bible, going to classes and building his relationship with God I feel as if that's a start. When he calls I can hear the heartbreak and change in his voice along with the regret of his actions. Please hear us out. I believe he deserves a second chance.

Having him home would mean everything to me. It would allow him to rebuild his life and be there for our family he plays a huge role in our lives. I'm confident he'll make a huge turn around and you won't be disappointed.

Please consider my brother's potential for growth and change. I believe reducing his sentence would give him the opportunity to prove himself and make amends.

Thank you for taking the time to read my letter.

Alneco Samuels
Hollywood Florida

Christal Johnson
June 29, 2025

**Dear Honorable Judge,**

My name is Christal Johnson, and I am writing this letter in support of my long-time friend, Akil Thurston. I have had the privilege of knowing Akil for over 15 years, and during that time, our friendship has remained strong, consistent, and rooted in genuine loyalty and mutual respect.

Throughout the years, Akil has shown himself to be a dependable, kind hearted, and thoughtful individual. We've shared life's challenges and joys, always being a shoulder for each other to lean on. Our circle of friends, who have also known Akil closely for many years, take pride in the strength and unity of our bond. He has always been someone we could count on to bring positivity, laughter, and a grounded presence into any room.

Akil's recent arrest, though unfortunate, does not define the person I have known for over a decade. It was disappointing, yes, but it was also a reminder that even the best of us can make mistakes. What's more important is how one chooses to grow afterward, and Akil has done just that. He took full accountability and has made it a point to reflect on his decisions and how they impact not just himself, but the people around him.

He is an educated and motivated man who recognized his own potential when he made the decision to pursue a career in barbering. He successfully completed barbering school, a major achievement that required discipline and determination. Today, hadn't he not be in custody, he would continue to use that skill to give back, offering not just haircuts but mentorship and positivity to others, particularly the young men in his community who look up to him.

Akil is not only a great friend, he's a good person. His presence in our lives is meaningful, and his efforts to rebuild and refocus are admirable. I sincerely believe in his continued growth and in the many ways he still has to contribute positively to society.

Thank you for taking the time to consider this letter as a reflection of the Akil Thurston I know "a man of heart, potential, and purpose."

Sincerely
Christal Johnson, BSN, RN



**Motto:**
**Embracing God's Kingdom Through His Word, His Signs,**
**Wonders, Miracles, His Relationship and Love.**

Maderia St. Palmdale
P. O. Box: CR-54423
Nassau, Bahamas

Email: mbke.ministries.bahamas@outlook.com

Date: 3rd July 2025

**To:** The Honorable Judge Martinez

<u>**Subject: Character Reference for Mr. Akil Thurston**</u>

I am writing this letter as a personal character reference on behalf of Mr. Akil Thurston. I have had the privilege of knowing Akil for several years, and in that time, I have come to admire him deeply as an outstanding gentleman whose life reflects unwavering dedication to his faith, his family, and his community.

Akil is a man of integrity and strong moral character. He consistently upholds the values of honesty, responsibility, and service. As someone who holds a sincere and profound fear and respect for God, Akil has been a faithful attendee of our church services, often participating in fellowship, outreach, and mentoring activities. His presence is not only felt but truly appreciated, especially by the young men who look up to him as a role model.

Time and time again, Akil has used his voice and influence to guide our youth away from negative paths. His wisdom, calm demeanor, and firm but compassionate counsel have helped steer many of our young men toward better choices, education, and meaningful personal goals. I have witnessed firsthand how his mentorship and advice have made a difference in their lives—whether through informal gatherings, one-on-one talks, or organized community initiatives.

What stands out most about Akil is his deep love for community. He is always willing to lend a helping hand, speak a kind word, or stand in the gap for someone in need. Whether through organizing food drives, participating in neighborhood clean-ups, or simply being present



**Motto:**
**Embracing God's Kingdom Through His Word, His Signs, Wonders, Miracles, His Relationship and Love.**

Maderia St. Palmdale
P. O. Box: CR-54423
Nassau, Bahamas

Email: mbke.ministries.bahamas@outlook.com

when someone needed encouragement, Akil consistently demonstrates what it means to be a man of purpose and principle.

I respectfully ask that you take this testimony into consideration as you assess Mr. Thurston's character. He is not only a man of good reputation but a beacon of strength and guidance for so many. Our community is better because of his presence, and I believe he still has much to offer.

Sincerely,

*ABrown*

**Apostle Alex Brown**
Miracle and Breakthrough Kingdom Explosion Ministries Bahamas
apostlealexbrown@gmail.com
*Senior Pastor/Leader/Chief Apostle*